IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| YRC INC.,<br>　　　　　　　　　　Plaintiff,<br>v.<br>TURN 5, INC.<br>　　　　　　　　　　Defendant. | Adv. Pro. No. 25-52432 (CTG) |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO
ANSWER THE COMPLAINT**

Plaintiff YRC Inc. ("**Yellow**"), as debtor and debtor-in-possession in the jointly administered chapter 11 cases of Yellow Corporation and its subsidiaries pending before the United States Bankruptcy Court for the District of Delaware in the above-captioned cases pending under of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant Turn 5, Inc. (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Extension of Time for Defendant to Answer the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

1. The Parties agree and stipulate that the time within which the Defendant may answer the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby extended to and including January 9, 2026.

2. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated: December 11, 2025 | Dated: December 11, 2025 |
| PACHULSKI STANG ZIEHL & JONES LLP | SCROGGINS, WILLIAMSON & RAY, P.C. |
| */s/ Peter J. Keane* | */s/ J. Robert Williamson* |
| Laura Davis Jones (DE Bar No. 2436) | J. Robert Williamson (GA Bar No. 765214) |
| Timoth P. Cairns (DE Bar No. 4228) | 4401 Northside Parkway, Suite 230 |
| Peter J. Keane (DE Bar No. 5503) | Atlanta, GA  30327 |
| Edward Corma (DE Bar No. 6718) | Telephone: (404) 893-3880 |
| 919 North Market Street, 17th Floor | Email: rwilliamson@swlawfirm.com |
| P.O. Box 8705 | |
| Wilmington, DE 19899-8705 (Courier 19801) | *Counsel to Defendant Turn 5, Inc.* |
| Telephone: (302) 652-4100 | |
| Facsimile:  (302) 652-4400 | |
| Email: ljones@pszjlaw.com | |
|         tcairns@pszjlaw.com | |
|         pkeane@pszjlaw.com | |
|         ecorma@pszjlaw.com | |

-and-

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Patrick J. Nash, Jr., P.C. (admitted pro hac vice)
David Seligman, P.C. (admitted pro hac vice)
Casey McGushin (admitted pro hac vice)
333 West Wolf Point Plaza
Chicago, IL  60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200
Email: patrick.nash@kirkland.com
        david.seligman@kirkland.com
        casey.mcgushin@kirkland.com

-and-

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Allyson B. Smith (admitted pro hac vice)
601 Lexington Avenue
New York, New York 60654
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900
Email:  allyson.smith@kirkland.com

*Counsel for the Plaintiff YRC, Inc.*