**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| YRC INC., | |
| Plaintiff, | Adv. Pro. No. 25-52432 (CTG) |
| v. | **Re: Docket No. 1** |
| TURN 5, INC. | |
| Defendant. | |

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff YRC Inc. ("Yellow"), as debtor and debtor-in-possession in the jointly administered chapter 11 cases of Yellow Corporation and its subsidiaries pending before the United States Bankruptcy Court for the District of Delaware in the above-captioned cases pending under of title 11 of the United States Code (the "Bankruptcy Code"), by and through undersigned counsel hereby dismisses the above-referenced adversary proceeding with prejudice against defendant Turn 5, Inc. (the "Defendant") with each party to bear its own attorneys' fees and costs.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

4932-8798-7602.1 96859.001

Dated:  February 26, 2026

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
         tcairns@pszjlaw.com
         pkeane@pszjlaw.com
         ecorma@pszjlaw.com

          -and-

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Patrick J. Nash Jr., P.C. (admitted pro hac vice)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        patrick.nash@kirkland.com

*Counsel to Plaintiff YRC, Inc.*