# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date (Monthly): To Be Scheduled If Necessary**<br>**Objection Deadline: December 22, 2025 at 4:00 p.m. (ET)** |

### SUMMARY OF TWENTY-SIXTH MONTHLY FEE APPLICATION OF HURON CONSULTING SERVICES LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW CORPORATION, *ET AL.*, FOR THE PERIOD FROM SEPTEMBER 1, 2025 THROUGH AND INCLUDING SEPTEMBER 30, 2025

| | |
|---|---|
| Name of Applicant: | Huron Consulting Services LLC ("Huron")[2] |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Yellow Corporation, *et al*. |
| Date of Retention: | October 4, 2023 (*nunc pro tunc* to August 21, 2023) |
| Period for which Compensation and Reimbursement Is Sought: | September 1, 2025 through and including September 30, 2025 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary | $247,446.00 (80% of $309,307.50) |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $0.00[3] |

This is a(n) ___X___ monthly _____ interim _____ final application

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2]   Capitalized terms used but not otherwise defined in this summary have the meanings ascribed to such terms below.

[3]   The date listed for expenses contained in Exhibit B does not necessarily reflect the date on which the expense was actually incurred by Applicant.

**COMPENSATION BY PROFESSIONAL FOR THE COMPENSATION PERIOD**
**SEPTEMBER 1, 2025 THROUGH AND INCLUDING SEPTEMBER 30, 2025**

| Professional | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| John DiDonato | Managing Director | $1,400 | 33.2 | $46,480.00 |
| Timothy Martin | Managing Director | 1,200 | 11.3 | 13,560.00 |
| Mike Gluhanich | Managing Director | 1,075 | 11.8 | 12,685.00 |
| Robert Loh | Managing Director | 1,075 | 17.6 | 18,920.00 |
| Jack Simpson | Director | 825 | 136.7 | 112,777.50 |
| Jamie Keys | Manager | 675 | 27.3 | 18,427.50 |
| Holger Ericsson | Manager | 675 | 126.7 | 85,522.50 |
| Michael Giese | Associate | 550 | 1.7 | 935.00 |
| **Subtotal** | | | | **$309,307.50** |
| **Adjustment for travel time[4]** | | | | **-** |
| **Blended Rate / Total Hours / Fees Requested:** | | **$844.41** | **366.3** | **$309,307.50** |

**COMPENSATION BY TASK CODE FOR THE COMPENSATION PERIOD**
**SEPTEMBER 1, 2025 THROUGH AND INCLUDING SEPTEMBER 30, 2025**

| Task Code | Matter | Hours | Amount |
|---|---|---|---|
| 3 | Case Management | 2.6 | $1,860.00 |
| 4 | Cash, Liquidity, and Current Operations Analysis | 111.0 | 83,805.00 |
| 5 | Challenge Period Analysis, Avoidance Actions, and Litigation Matters | 1.4 | 1,592.50 |
| 7 | Due Diligence and Discovery | 24.0 | 19,692.50 |
| 8 | General Bankruptcy Matters | 140.0 | 116,922.50 |
| 9 | Meetings with Committee and Committee Counsel | 11.3 | 11,312.50 |
| 10 | Plan and Disclosure Statement | 45.4 | 47,770.00 |
| 11 | Prepare for and Attend Court | 2.5 | 2,775.00 |
| 12 | Retention and Fee Application | 17.5 | 13,912.50 |
| 13 | Sales Process | 10.6 | 9,665.00 |
| | **TOTAL:** | **366.3** | **$309,307.50** |

---

[4]  Hours and billed amount include travel time, billed at 50% of standard billing rates. See above for summary of time by matter.

**EXPENSE SUMMARY FOR THE COMPENSATION PERIOD**
**SEPTEMBER 1, 2025 THROUGH AND INCLUDING SEPTEMBER 30, 2025**

| Disbursement Activity | Amount |
|---|---|
| N/A | N/A |
| **TOTAL:** | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date (Monthly): To Be Scheduled If Necessary**<br>**Objection Deadline: December 22, 2025 at 4:00 p.m. (ET)** |

**TWENTY-SIXTH MONTHLY FEE APPLICATION OF HURON CONSULTING SERVICES**
**LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS OF YELLOW CORPORATION, *ET AL.*, FOR THE**
**PERIOD FROM SEPTEMBER 1, 2025 THROUGH AND INCLUDING SEPTEMBER 30, 2025**

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court of the District of Delaware (the "Local Bankruptcy Rules") and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, dated September 13, 2023 [ECF No. 519] (the "Interim Compensation Order"), Huron Consulting Services LLC ("Huron"), financial advisor to the Official Committee of Unsecured Creditors (the "Committee") of Yellow Corporation, *et al.* (the "Debtors") appointed in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), hereby submits its Twenty-Sixth monthly fee application (the "Monthly Fee Application") seeking payment of $247,446.00 (80% of $309,307.50) as compensation for professional services incurred by Huron during the period from September 1, 2025 through and including September 30, 2025 (the "Compensation Period").  In support of this Monthly Fee Application, Huron submits the

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors'
claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal
place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400,
Overland Park, Kansas 66211.

declaration of John DiDonato, a Managing Director at Huron (the "DiDonato Declaration"), which is attached hereto as **Exhibit A** and incorporated herein by reference.  In further support of this Monthly Fee Application, Huron respectfully states as follows.

## JURISDICTION

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2) and Huron confirms its consent pursuant to Local Bankruptcy Rule 9013-l(f) to the entry of a final order by the Court in connection with this Monthly Fee Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2.      Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory and rule predicates for the relief requested herein are Bankruptcy Code sections 330 and 331, Bankruptcy Rule 2016, and Local Bankruptcy Rule 2016-1.

## BACKGROUND

### A.      The Debtors' Chapter 11 Cases

4.      On August 6, 2023, and continuing on August 7, 2023, the Debtors filed voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code in this Court. On August 16, 2023, the United States Trustee for Region 3 appointed the Committee in these Chapter 11 Cases

pursuant to Bankruptcy Code section 1102(a)(1).[2]  *See Notice of Appointment of Committee of Unsecured Creditors* [ECF No. 269].  On May 20, 2024, the United States Trustee for Region 3 filed the *First Amended Notice of Appointment of Committee of Unsecured Creditors* [ECF No. 3430].  On February 4, 2025, the United States Trustee for Region 3 filed the *Second Amended Notice of Appointment of Committee of Unsecured Creditors* [ECF No. 5615].  The Committee currently comprises seven members.[3]

**B.    Retention of Huron**

5.    On August 21, 2023, the Committee selected Huron to serve as its financial advisor and Miller Buckfire[4] to serve as its investment banker. On August 18, 2023, the Committee selected Akin Gump Strauss Hauer & Feld LLP ("Akin") to serve as lead co-counsel to the Committee, subject to Court approval.  Additionally, on August 22, 2023, the Committee selected Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") to serve as Delaware counsel and co-counsel to the Committee.

6.    On September 18, 2023, the Committee filed the *Application of the Official Committee of Unsecured Creditors of Yellow Corporation,* et al*. to Retain and Employ Huron Consulting Services LLC as Financial Advisor,* Nunc Pro Tunc *to August 21, 2023* [ECF No. 600] (the "Huron Retention Application"), which was granted by an order of this Court dated October

---

[2]    In relevant part, Bankruptcy Code section 1102(a)(1) provides that "as soon as practicable after the order for relief under chapter 11 of [the Bankruptcy Code], the United States trustee shall appoint a committee of creditors holding unsecured claims and may appoint additional committees of creditors . . . as the United States trustee deems appropriate."

[3]    The Committee comprises the following parties: (i) BNSF Railway; (ii) Central States, Southeast and Southwest Areas Pension Fund; (iii) International Brotherhood of Teamsters; (iv) New York State Teamsters Pension and Health Funds; (v) Pension Benefit Guaranty Corporation; (vi) RFT Logistics LLC; and (vii) Mr. Armando Rivera.

[4]    Stifel, Nicolaus & Co., Inc., the primary investment banking and broker-dealer subsidiary of Stifel Financial Corp., uses the trade name "Miller Buckfire" for its restructuring-focused investment banking practice.

4, 2023 [ECF No. 761] (the "Huron Retention Order").[5]

7.      The Huron Retention Order authorizes the Debtors to compensate and reimburse Huron in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules.  The Huron Retention Order also authorizes Huron to be: (i) compensated at Huron's hourly rates charged for services of this type and (ii) reimbursed for actual and necessary out-of-pocket expenses incurred in connection with rendering such services, subject to approval by this Court.

## **RELIEF REQUESTED**

8.      Huron submits this Monthly Fee Application for (i) payment of reasonable compensation for actual, reasonable and necessary professional services performed by Huron as financial advisor to the Committee during the Compensation Period and (ii) reimbursement of actual, reasonable and necessary expenses incurred by Huron in connection with rendering such services to the Committee during the Compensation Period.  All services for which Huron requests compensation were performed for, or on behalf of, the Committee.

9.      Huron has received no payment and no promises for payment from any source for services provided or to be provided in any capacity whatsoever in connection with these Chapter 11 Cases other than in accordance with the Huron Retention Order and the Interim Compensation Order.

10.      Pursuant to Bankruptcy Rule 2016(b), Huron has neither shared nor agreed to share (i) any compensation it has received or may receive with another party or person other than with the Huron professionals or (ii) any compensation another person or party has received or may receive.

---

[5]    Orders authorizing the Committee's retention of Miller Buckfire [ECF No. 764], Akin [ECF No. 760] and Benesch [ECF No. 762] were entered on October 4, 2023.

4

## FEES AND EXPENSES INCURRED DURING
## THE COMPENSATION PERIOD

11.     To the best of Huron's knowledge, this Monthly Fee Application complies with Bankruptcy Code section 330, the applicable Bankruptcy Rules, the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, the *Region 3 Operating Guidelines and Reporting Requirements for Chapter 11 Debtors and Trustees*, Local Bankruptcy Rule 2016-1 and applicable Third Circuit law.

12.     The fees incurred by Huron in these Chapter 11 Cases were billed in accordance with existing billing rates and procedures in effect during the Compensation Period.  The rates Huron charges for the services rendered by its professionals in these Chapter 11 Cases are the same rates Huron charges for professional services rendered in comparable non-bankruptcy related matters.  These fees are reasonable based on the customary compensation charged by comparably skilled practitioners in comparable non-bankruptcy cases in a competitive national financial advisory market.

## ALLOWANCE OF COMPENSATION AND
## REIMBURSEMENT OF EXPENSES

13.     The professional services rendered by Huron required a high degree of professional competence and expertise, and substantial time and effort was needed to address the numerous issues requiring evaluation and action by the Committee.  The Committee respectfully submits that the services rendered by Huron were performed efficiently, effectively, and economically, and that the results obtained have benefited general unsecured creditors.

14.     Bankruptcy Code section 330 provides, in pertinent part, that the Court may award to a professional person "reasonable compensation for actual, necessary services rendered . . . ." 11 U.S.C. § 330(a)(1).  Further, Bankruptcy Code section 330(a)(3) provides that:

5

In determining the amount of reasonable compensation to be awarded to an examiner, trustee under chapter 11, or professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—

(A) the time spent on such services;

(B) the rates charged for such services;

(C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E) with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F) whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

15.    The professional services rendered by Huron during the Compensation Period have been itemized by each professional.  A detailed invoice of the services provided, and expenses incurred, during the Compensation Period is attached hereto as **Exhibit B**.  In performing services for the Committee, Huron considered both the hourly rate of the professional providing the services and the relative skill of the particular professional as it related to the required tasks.  By utilizing those most skilled in a particular area, Huron was able to provide efficient and effective representation to the Committee.

## A.    Reasonableness of Compensation Requested

16.    Huron believes that the hourly rates charged for its professionals are reasonable and competitive with the hourly rates charged by financial advisors of comparable size and quality

6

with similar expertise and levels of experience.  The hourly rate of each professional who rendered services in connection with these Chapter 11 Cases during the Compensation Period is set forth above.  Additionally, the range of current hourly rates charged by Huron for professionals employed in its domestic offices was provided in the Huron Retention Application.

17.     Based upon the factors considered pursuant to Bankruptcy Code sections 330 and 331, the quality of the services provided and the results that have been achieved to date, allowance of the amounts requested is appropriate.  Because Huron's fees and expenses are comparable to those incurred by financial advisors to similarly situated committees in cases involving issues of commensurate complexity, Huron's fees are "reasonable" and should be allowed in the amounts set forth herein on an interim basis.

**B.     Financial Advisory Services Rendered**

18.     These Chapter 11 Cases involve a number of issues in the areas of restructuring, litigation, asset disposition and monetization, and liquidity forecasting.  The skill and expertise required to assist the Committee in evaluating these issues and the specific circumstances of these Chapter 11 Cases, as well as the effective advocacy and creative approach used by Huron to resolve such issues, weigh in favor of allowing the amounts requested in this Monthly Fee Application.

**C.     Reimbursement of Expenses**

19.     Huron requests reimbursement in the amount of $0.00 for expenses incurred during the Compensation Period in the course of providing professional services to the Committee.

**<u>RESERVATION OF RIGHTS</u>**

20.     To the extent time for services rendered or charges for disbursements incurred in connection with the Compensation Period were not processed prior to the preparation of this Monthly Fee Application, or Huron has for any other reason not sought compensation or reimbursement of expenses herein with respect to any services rendered or expenses incurred

during the Compensation Period, Huron reserves the right to request additional compensation for such services and reimbursement of such expenses in a future fee application.

## NO PRIOR REQUEST

21.　　No prior application has been made in this Court or in any other court for the relief requested herein for the Compensation Period.

## NOTICE

22.　　Notice of this Monthly Fee Application will be provided to the Application Recipients, as defined in the Interim Compensation Order, in accordance with such order.

## **CONCLUSION**

WHEREFORE, Huron respectfully requests, in accordance with the Interim Compensation Order, interim allowance of $309,307.50 as the total compensation for professional services rendered during the Compensation Period, 80% of which may be paid upon the filing of a certificate of no objection, and the sum of $0.00 for reimbursement of actual and necessary costs and expenses incurred by Huron during these Chapter 11 Cases during the Compensation Period.

Dated: December 01, 2025

By: _/s/_ John DiDonato
       John DiDonato
       Managing Director
       Huron Consulting Services LLC

       *Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation,* et al.

**<u>EXHIBIT A</u>**

**DIDONATO DECLARATION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |

## <u>DECLARATION OF JOHN DIDONATO</u>

I, John DiDonato, being duly sworn, state the following under penalty of perjury:

1.    I am a Managing Director of Huron Consulting Services LLC ("<u>Huron</u>"), a professional services firm with numerous offices throughout the country.  I am duly authorized to make this declaration on behalf of Huron.

2.    I have read the foregoing monthly fee application of Huron (the "<u>Monthly Fee</u> <u>Application</u>").[2] To the best of my knowledge, information and belief, the statements contained in the Monthly Fee Application are true and correct.  In addition, I believe that the Monthly Fee Application complies with Local Bankruptcy Rule 2016-1.

3.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: December 01, 2025

By:    <u>    /s/   John DiDonato     </u>
            John DiDonato

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2]    Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Monthly Fee Application.

**EXHIBIT B**

**DETAILED INVOICE OF FEES AND EXPENSES FOR
SEPTEMBER 1, 2025 THROUGH AND INCLUDING SEPTEMBER 30, 2025**

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/01/25 | Review and comment on draft liquidity update materials. | 0.8 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/01/25 | Revise slides for 9/3/25 draft UCC presentation. | 2.6 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/01/25 | Continue to revise slides for 9/3/25 draft UCC presentation. | 2.6 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/02/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.6 |
| 8 | General Bankruptcy Matters | John DiDonato | 09/02/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.6 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/02/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.6 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/02/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.6 |
| 9 | Meetings with Committee and Committee Counsel | Jack Simpson | 09/02/25 | Participate in meeting with UCC Advisors. | 0.5 |
| 7 | Due Diligence and Discovery | John DiDonato | 09/02/25 | Participate on call with B. Whittman (A&M) regarding case status. | 0.5 |
| 10 | Plan and Disclosure Statement | Jack Simpson | 09/02/25 | Prepare revised recovery waterfall analysis. | 2.8 |
| 10 | Plan and Disclosure Statement | Jack Simpson | 09/02/25 | Review and comment on disclosure statement matters. | 2.8 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/02/25 | Review of revised waterfall materials provided by J. Simpson (HCG). | 0.6 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/02/25 | Review of MNF objection to the Fourth Amended Plan. | 0.9 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/02/25 | Review of the Fourth Amended Plan redline and waterfall analysis. | 0.6 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/02/25 | Revise 9/3/25 presentation to the UCC. | 3.5 |
| 4 | Cash, Liquidity, and Current | Holger Ericsson | 09/02/25 | Revise the 9/3/25 presentation to the UCC per comments from Huron team. | 3.4 |

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| | Operations Analysis | | | | |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/02/25 | Update claims reconciliation analysis. | 1.1 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/02/25 | Update liquidity materials for Committee distribution. | 0.4 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/02/25 | Update the monthly claims summary per the updated claims register provided by A&M. | 3.4 |
| 10 | Plan and Disclosure Statement | Jack Simpson | 09/02/25 | Update waterfall recovery model for revised claim assumptions. | 3.1 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/03/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.7 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/03/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.7 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/03/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.7 |
| 3 | Case Management | Jack Simpson | 09/03/25 | Prepare agenda for internal touchpoint meeting. | 0.4 |
| 13 | Sales Process | Jack Simpson | 09/03/25 | Prepare analysis on asset monetization proceed matters. | 1.8 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/03/25 | Prepare analysis regarding employee claims matters. | 1.1 |
| 10 | Plan and Disclosure Statement | Jack Simpson | 09/03/25 | Prepare revised recovery scenario analysis. | 1.0 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/03/25 | Process updates to liquidity update materials. | 0.6 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/03/25 | Review and comment on avoidance action matters. | 0.3 |
| 13 | Sales Process | Jack Simpson | 09/03/25 | Review and comment on notice pertaining to rolling stock matters. | 0.4 |
| 5 | Challenge Period Analysis, Avoidance Actions, and Litigation Matters | Robert Loh | 09/03/25 | Review correspondence from counsel related to analysis of preference actions. | 0.6 |
| 13 | Sales Process | John DiDonato | 09/03/25 | Review of sale proceeds summary provided by Huron team. | 0.6 |
| 11 | Prepare for and Attend Court | John DiDonato | 09/04/25 | Review notes from hearing and related impact to Disclosure Statement. | 0.5 |
| 11 | Prepare for and Attend Court | John DiDonato | 09/04/25 | Participate in hearing regarding the Disclosure Statement. | 1.0 |

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 11 | Prepare for and Attend Court | Holger Ericsson | 09/04/25 | Participate in hearing regarding the Disclosure Statement. | 1.0 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/04/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | John DiDonato | 09/04/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/04/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/04/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 7 | Due Diligence and Discovery | Holger Ericsson | 09/04/25 | Participate in recurring call with A&M regarding DIP forecast, asset disposition/monetization, and open requested items. | 0.4 |
| 7 | Due Diligence and Discovery | Jack Simpson | 09/04/25 | Participate in recurring call with A&M regarding DIP forecast, asset disposition/monetization, and open requested items. | 0.4 |
| 7 | Due Diligence and Discovery | Jack Simpson | 09/04/25 | Prepare agenda for discussion with Debtors' financial advisors. | 0.3 |
| 13 | Sales Process | Jack Simpson | 09/04/25 | Prepare analysis regarding asset monetization matters. | 1.8 |
| 7 | Due Diligence and Discovery | Holger Ericsson | 09/04/25 | Prepare for recurring call with A&M regarding DIP forecast, asset disposition/monetization, and open requested items by analyzing updated budget. | 3.1 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/04/25 | Review and comment on Debtors' liquidity report. | 0.4 |
| 12 | Retention and Fee Application | Jack Simpson | 09/04/25 | Review and comment on June 2025 monthly fee application. | 0.4 |
| 10 | Plan and Disclosure Statement | Jack Simpson | 09/04/25 | Review and comment on plan objection matters. | 0.6 |
| 5 | Challenge Period Analysis, Avoidance Actions, and Litigation Matters | Jack Simpson | 09/04/25 | Review and comment on preference action matters. | 0.3 |
| 10 | Plan and Disclosure Statement | Timothy Martin | 09/04/25 | Review and edit draft waterfall scenarios. | 0.9 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/04/25 | Review of updated waterfall scenarios. | 0.7 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/04/25 | Revise claim recovery model based on revised claim assumptions. | 0.9 |

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 8 | General Bankruptcy Matters | Mike Gluhanich | 09/05/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | John DiDonato | 09/05/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/05/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/05/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Michael Giese | 09/05/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/05/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 3 | Case Management | Jack Simpson | 09/05/25 | Prepare agenda for internal update meeting. | 0.3 |
| 13 | Sales Process | Jack Simpson | 09/05/25 | Prepare analysis regarding asset proceed matters. | 1.2 |
| 10 | Plan and Disclosure Statement | Jack Simpson | 09/05/25 | Prepare analysis regarding disclosure statement matters. | 1.4 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/05/25 | Review and revise analysis regarding allowed claim matters. | 1.7 |
| 5 | Challenge Period Analysis, Avoidance Actions, and Litigation Matters | John DiDonato | 09/05/25 | Review update on motions of preference actions resolutions. | 0.5 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/07/25 | Prepare draft of UCC presentation for week of 9/10/25. | 3.1 |
| 10 | Plan and Disclosure Statement | Jack Simpson | 09/08/25 | Correspond with internal team members regarding Disclosure Statement matters. | 0.7 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/08/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.2 |
| 10 | Plan and Disclosure Statement | Mike Gluhanich | 09/08/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.2 |
| 8 | General Bankruptcy Matters | John DiDonato | 09/08/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.2 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/08/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.2 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/08/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.2 |

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 8 | General Bankruptcy Matters | Jack Simpson | 09/08/25 | Prepare analysis regarding claim recovery matters. | 1.7 |
| 10 | Plan and Disclosure Statement | Jack Simpson | 09/08/25 | Prepare analysis supporting recovery estimates in Disclosure Statement. | 3.2 |
| 10 | Plan and Disclosure Statement | Jack Simpson | 09/08/25 | Review and comment on draft Disclosure Statement documentation. | 1.3 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/08/25 | Review and comment on draft liquidity materials for Committee distribution. | 0.8 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/08/25 | Review and comment on revised claim ranges. | 1.2 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Mike Gluhanich | 09/08/25 | Review and provide comments to UCC update slides. | 0.8 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/08/25 | Review of modifications to Disclosure Statement, objections, and schedule of events. | 0.8 |
| 10 | Plan and Disclosure Statement | Timothy Martin | 09/08/25 | Review of requirements with respect to proposed waterfalls. | 0.6 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Robert Loh | 09/08/25 | Review UCC update materials in advance of 9/10/25 UCC meeting. | 1.3 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/08/25 | Prepare analysis of certain updated claims amounts per A&M register. | 2.1 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/08/25 | Revise the weekly UCC update materials in advance of 9/10/25 meeting. | 3.2 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/09/25 | Correspond with UCC counsel regarding claim recovery analysis. | 0.1 |
| 7 | Due Diligence and Discovery | John DiDonato | 09/09/25 | Participate in discussion with B. Whittman (A&M) regarding case matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/09/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.8 |
| 8 | General Bankruptcy Matters | Robert Loh | 09/09/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.8 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/09/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.8 |

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 8 | General Bankruptcy Matters | Mike Gluhanich | 09/09/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.8 |
| 8 | General Bankruptcy Matters | John DiDonato | 09/09/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.8 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/09/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.8 |
| 8 | General Bankruptcy Matters | Michael Giese | 09/09/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.8 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/09/25 | Prepare analysis regarding asserted claim matters. | 1.9 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Timothy Martin | 09/09/25 | Review and comment on draft presentation to UCC. | 1.1 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/09/25 | Review and update liquidity materials for Committee distribution. | 0.4 |
| 10 | Plan and Disclosure Statement | Timothy Martin | 09/09/25 | Review of draft materials requested by creditor related to waterfall scenarios. | 0.7 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/09/25 | Review proposed stipulation regarding admin claim matters. | 1.2 |
| 12 | Retention and Fee Application | Holger Ericsson | 09/09/25 | Revise Huron's June 2025 monthly fee statement. | 1.6 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/09/25 | Update analysis regarding claim recovery matters. | 3.3 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/09/25 | Update the UCC presentation. | 3.2 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/10/25 | Correspond with counsel regarding claim matters. | 0.3 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/10/25 | Finalize UCC presentation for distribution. | 1.1 |
| 8 | General Bankruptcy Matters | Michael Giese | 09/10/25 | Participate in internal meeting to discuss workstreams and other litigation matters (partial). | 0.2 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/10/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |

7

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 8 | General Bankruptcy Matters | John DiDonato | 09/10/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/10/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/10/25 | Prepare analysis regarding claim matters. | 1.7 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/10/25 | Continue to prepare analysis regarding claim matters. | 1.4 |
| 13 | Sales Process | Jack Simpson | 09/10/25 | Prepare revised analysis regarding asset monetization matters. | 1.4 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/10/25 | Review and comment on Debtors' proposed stipulation. | 0.4 |
| 8 | General Bankruptcy Matters | Timothy Martin | 09/10/25 | Review and respond to request from counsel regarding descriptions of claims. | 0.7 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/10/25 | Review the revised Budget provided by A&M. | 3.3 |
| 10 | Plan and Disclosure Statement | Mike Gluhanich | 09/10/25 | Review various plan documents and email correspondence. | 0.6 |
| 12 | Retention and Fee Application | Holger Ericsson | 09/10/25 | Review Huron's June fee statement. | 1.5 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/11/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Mike Gluhanich | 09/11/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/11/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 7 | Due Diligence and Discovery | Holger Ericsson | 09/11/25 | Participate in recurring call with A&M regarding DIP forecast, asset disposition/monetization, and open requested items. | 0.5 |
| 7 | Due Diligence and Discovery | Jack Simpson | 09/11/25 | Participate in recurring call with A&M regarding DIP forecast, asset disposition/monetization, and open requested items. | 0.5 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/11/25 | Prepare agenda for internal update call. | 0.3 |
| 7 | Due Diligence and Discovery | Holger Ericsson | 09/11/25 | Prepare for meeting with A&M to review the current DIP forecast. | 2.0 |
| 3 | Case Management | Holger Ericsson | 09/11/25 | Prepare weekly estimate of professional fees. | 0.6 |

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 10 | Plan and Disclosure Statement | Jack Simpson | 09/11/25 | Review and comment on disclosure statement documentation matters. | 1.1 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/11/25 | Review of newly filed claims per the docket for use in discussion with team. | 2.1 |
| 10 | Plan and Disclosure Statement | Robert Loh | 09/11/25 | Review proposed Disclosure Statement insert. | 1.4 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/11/25 | Revise analysis pertaining to claim matters. | 1.9 |
| 12 | Retention and Fee Application | Holger Ericsson | 09/11/25 | Revise Huron's June 2025 monthly fee statement package. | 1.5 |
| 12 | Retention and Fee Application | Holger Ericsson | 09/12/25 | Draft Huron's July 2025 monthly fee statement. | 0.8 |
| 8 | General Bankruptcy Matters | Mike Gluhanich | 09/12/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | John DiDonato | 09/12/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/12/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/12/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 13 | Sales Process | Jack Simpson | 09/12/25 | Review and comment on asset monetization process matters. | 0.3 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/12/25 | Review and comment on claim objection matters. | 0.4 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/12/25 | Review and comment on documentation regarding avoidance action matters. | 0.3 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Timothy Martin | 09/12/25 | Review and respond to request from counsel regarding materials for UCC meeting. | 1.2 |
| 10 | Plan and Disclosure Statement | Jack Simpson | 09/12/25 | Review disclosure statement documentation matters. | 0.4 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/12/25 | Update scenario analysis pertaining to general unsecured claim matters. | 1.8 |
| 12 | Retention and Fee Application | Robert Loh | 09/13/25 | Review and comment on Huron's draft July 2025 monthly fee statement. | 0.6 |
| 12 | Retention and Fee Application | Holger Ericsson | 09/13/25 | Revise Huron's July 2025 monthly fee statement package. | 0.8 |
| 4 | Cash, Liquidity, and Current | John DiDonato | 09/13/25 | Review of cash flow budget update. | 0.5 |

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| | Operations Analysis | | | | |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/13/25 | Review of MFN objection and Debtors' response to MFN. | 0.5 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/14/25 | Respond to questions regarding updates to the disclosure statement. | 1.1 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/14/25 | Review the updated important information about the revised Disclosure Statement. | 1.4 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/14/25 | Revise draft of UCC presentation for week of 9/17/25. | 3.1 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/14/25 | Continue to revise draft of UCC presentation for week of 9/17/25. | 3.2 |
| 12 | Retention and Fee Application | Robert Loh | 09/15/25 | Finalize draft of Huron's June 2025 monthly fee statement. | 1.3 |
| 9 | Meetings with Committee and Committee Counsel | Jack Simpson | 09/15/25 | Participate in call with Counsel regarding litigation and case updates. | 0.4 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/15/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Mike Gluhanich | 09/15/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | John DiDonato | 09/15/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/15/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/15/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 9 | Meetings with Committee and Committee Counsel | Timothy Martin | 09/15/25 | Participate on litigation meeting with counsel. | 0.2 |
| 9 | Meetings with Committee and Committee Counsel | John DiDonato | 09/15/25 | Participate on litigation meeting with counsel. | 0.2 |
| 9 | Meetings with Committee and Committee Counsel | Robert Loh | 09/15/25 | Participate on weekly litigation call with counsel. | 0.2 |

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 9 | Meetings with Committee and Committee Counsel | Jamie Keys | 09/15/25 | Participate on weekly litigation call with counsel. | 0.2 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/15/25 | Prepare analysis regarding proposed claim plan structure proposal. | 2.3 |
| 3 | Case Management | Holger Ericsson | 09/15/25 | Provide updates to Huron team regarding upcoming court dates. | 0.7 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/15/25 | Review and comment on analysis regarding claim matters. | 0.9 |
| 12 | Retention and Fee Application | Robert Loh | 09/15/25 | Review and comment on Huron's July 2025 monthly draft monthly fee statement. | 0.8 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/15/25 | Review and comment on liquidity report for UCC distribution. | 1.2 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Mike Gluhanich | 09/15/25 | Review and provide comments to UCC update slides for 9/17/25. | 0.6 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/15/25 | Review and respond to proposed plan structure proposal regarding claims. | 0.5 |
| 12 | Retention and Fee Application | Holger Ericsson | 09/15/25 | Draft Huron's August 2025 monthly fee statement. | 2.5 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/15/25 | Revise the weekly UCC presentation. | 3.4 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/15/25 | Update claim recovery model to reflect revised claim assumptions. | 2.1 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/15/25 | Update the weekly UCC presentation. | 2.3 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/16/25 | Correspond with Debtors' financial advisor regarding claim and recovery estimates. | 0.4 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/16/25 | Finalize UCC presentation for distribution to the committee. | 2.6 |
| 9 | Meetings with Committee and Committee Counsel | Robert Loh | 09/16/25 | Meeting with UCC counsel and professionals to discuss case status and recent developments. | 0.5 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/16/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 8 | General Bankruptcy Matters | Mike Gluhanich | 09/16/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | John DiDonato | 09/16/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/16/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/16/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/16/25 | Participate in meeting with Debtors' advisors regarding claim matters. | 0.5 |
| 9 | Meetings with Committee and Committee Counsel | Jamie Keys | 09/16/25 | Participate in meeting with UCC advisors regarding case updates. | 0.5 |
| 9 | Meetings with Committee and Committee Counsel | Jack Simpson | 09/16/25 | Participate in meeting with UCC Advisors. | 0.5 |
| 9 | Meetings with Committee and Committee Counsel | Mike Gluhanich | 09/16/25 | Participate in recurring call with UCC's local and BK counsel and investment bankers to discuss case status and workstream updates, and to coordinate work plans. | 0.5 |
| 9 | Meetings with Committee and Committee Counsel | John DiDonato | 09/16/25 | Participate in recurring call with UCC's local and BK counsel and investment bankers to discuss case status and workstream updates, and to coordinate work plans. | 0.5 |
| 7 | Due Diligence and Discovery | Jack Simpson | 09/16/25 | Prepare discussion agenda for meeting with A&M. | 0.6 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/16/25 | Prepare revised claim recovery analysis to reflect revised claim assumptions. | 3.5 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/16/25 | Review and comment on documentation regarding claim matters. | 0.3 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Timothy Martin | 09/16/25 | Review and comment on Huron's draft liquidity update. | 1.2 |
| 10 | Plan and Disclosure Statement | Robert Loh | 09/16/25 | Review correspondence regarding ongoing plan and claims negotiations. | 0.3 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/16/25 | Review of materials addressing proposed 9019 plan structure proposal with recovery waterfall analysis. | 0.5 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/16/25 | Review of plan structure proposals. | 0.9 |

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 8 | General Bankruptcy Matters | Jack Simpson | 09/16/25 | Update claim recovery analysis to reflect revised claim assumptions. | 1.3 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/17/25 | Process final comments UCC presentation. | 0.7 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/17/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.7 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/17/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.7 |
| 8 | General Bankruptcy Matters | John DiDonato | 09/17/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.7 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/17/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.7 |
| 3 | Case Management | Holger Ericsson | 09/17/25 | Prepare weekly estimate of professional fees. | 0.6 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/17/25 | Review and comment on Debtors' cash variance report. | 0.3 |
| 13 | Sales Process | John DiDonato | 09/17/25 | Review of motion to retain real estate agent. | 0.3 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/17/25 | Review of updated variance budget provided by A&M. | 2.7 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Robert Loh | 09/17/25 | Review weekly UCC update materials. | 1.3 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/17/25 | Update claim recovery scenario analysis to reflect revised claim assumptions. | 2.7 |
| 7 | Due Diligence and Discovery | Jack Simpson | 09/17/25 | Update notes for discussion with A&M on case developments. | 0.3 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/18/25 | Additional review the updated budget variance report received from A&M. | 2.5 |
| 8 | General Bankruptcy Matters | Michael Giese | 09/18/25 | Participate in internal meeting to discuss workstreams and other litigation matters (partial). | 0.2 |
| 8 | General Bankruptcy Matters | Robert Loh | 09/18/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/18/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |

13

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 8 | General Bankruptcy Matters | Mike Gluhanich | 09/18/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | John DiDonato | 09/18/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/18/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/18/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 7 | Due Diligence and Discovery | Holger Ericsson | 09/18/25 | Participate in recurring call with A&M regarding DIP forecast, asset disposition/monetization, and open requested items. | 0.6 |
| 7 | Due Diligence and Discovery | Jack Simpson | 09/18/25 | Participate in recurring call with A&M regarding DIP forecast, asset disposition/monetization, and open requested items. | 0.6 |
| 7 | Due Diligence and Discovery | John DiDonato | 09/18/25 | Participate on call with B. Whittman (A&M) regarding case status. | 0.5 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/18/25 | Prepare agenda for internal discussion on case developments. | 0.3 |
| 7 | Due Diligence and Discovery | Holger Ericsson | 09/18/25 | Prepare for meeting with A&M to review the current DIP forecast. | 2.2 |
| 10 | Plan and Disclosure Statement | Jack Simpson | 09/18/25 | Prepare revised waterfall scenario analysis. | 3.5 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/18/25 | Review of waterfall materials. | 0.7 |
| 9 | Meetings with Committee and Committee Counsel | Jack Simpson | 09/19/25 | Correspond with Committee member regarding claims matters. | 0.4 |
| 9 | Meetings with Committee and Committee Counsel | Jack Simpson | 09/19/25 | Participate in discussion with Committee member regarding asserted claim matters. | 0.3 |
| 8 | General Bankruptcy Matters | Mike Gluhanich | 09/19/25 | Participate in internal meeting to discuss estate operations, disclosure statement, plan structure proposal, and other plan matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/19/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/19/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/19/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 8 | General Bankruptcy Matters | Jack Simpson | 09/19/25 | Prepare analysis regarding employee claim matters. | 1.3 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/19/25 | Review and comment on liquidity update materials for Committee presentation. | 0.4 |
| 12 | Retention and Fee Application | Robert Loh | 09/19/25 | Review draft of Huron's August 2025 monthly fee statement. | 1.1 |
| 12 | Retention and Fee Application | Robert Loh | 09/19/25 | Review updated draft of Huron's July 2025 monthly fee statement. | 0.7 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/19/25 | Review of latest waterfall analysis delivered to A&M. | 0.5 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/19/25 | Review summary of 9019 plan structure updates. | 0.5 |
| 12 | Retention and Fee Application | Holger Ericsson | 09/19/25 | Revise Huron's July 2025 monthly fee statement per comments from Huron team. | 1.0 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/19/25 | Update claim recovery scenario analysis. | 1.7 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/20/25 | Review of Plan matters. | 0.5 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/21/25 | Continue to prepare draft of UCC presentation. | 2.4 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/21/25 | Prepare draft of UCC presentation. | 2.3 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/22/25 | Coordinate with Debtors' and UCC advisors regarding committee call. | 0.4 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/22/25 | Correspond with Committee member regarding claim matters. | 0.3 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/22/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Mike Gluhanich | 09/22/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | John DiDonato | 09/22/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/22/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 8 | General Bankruptcy Matters | Jack Simpson | 09/22/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 9 | Meetings with Committee and Committee Counsel | Robert Loh | 09/22/25 | Participate on weekly litigation call with counsel. | 0.2 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/22/25 | Prepare agenda for internal discussion regarding case developments. | 0.3 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/22/25 | Review and comment on draft liquidity update materials. | 1.4 |
| 10 | Plan and Disclosure Statement | Timothy Martin | 09/22/25 | Review and comment on draft recovery waterfalls. | 0.7 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Mike Gluhanich | 09/22/25 | Review and provide comments to UCC update slides. | 0.8 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/22/25 | Review proposal regarding Plan matters. | 0.6 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Robert Loh | 09/22/25 | Review weekly UCC update materials. | 0.9 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/22/25 | Revise the UCC presentation. | 3.1 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/22/25 | Continue to revise weekly UCC presentation. | 3.2 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/22/25 | Update analysis regarding claim matters. | 1.3 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/23/25 | Coordinate with Debtors' and UCC advisors regarding committee matters. | 0.3 |
| 13 | Sales Process | Jack Simpson | 09/23/25 | Correspond with Miller Buckfire regarding asset monetization matters. | 0.6 |
| 7 | Due Diligence and Discovery | John DiDonato | 09/23/25 | Participate in discussion with B. Whittman (A&M) regarding case matters. | 0.5 |
| 8 | General Bankruptcy Matters | Robert Loh | 09/23/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/23/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 8 | General Bankruptcy Matters | Mike Gluhanich | 09/23/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | John DiDonato | 09/23/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/23/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/23/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 9 | Meetings with Committee and Committee Counsel | Jack Simpson | 09/23/25 | Participate on weekly call with UCC advisors. | 0.5 |
| 9 | Meetings with Committee and Committee Counsel | Jamie Keys | 09/23/25 | Participate on weekly call with UCC advisors. | 0.5 |
| 9 | Meetings with Committee and Committee Counsel | John DiDonato | 09/23/25 | Participate on weekly call with UCC advisors. | 0.5 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jamie Keys | 09/23/25 | Prepare slides for UCC materials. | 2.3 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/23/25 | Review and comment on August monthly operating report. | 0.8 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/23/25 | Review status of 9019 reports. | 1.0 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/23/25 | Revise the UCC presentation. | 3.3 |
| 13 | Sales Process | Jack Simpson | 09/23/25 | Update analysis regarding asset monetization matters. | 0.9 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/23/25 | Update liquidity update materials. | 0.8 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jamie Keys | 09/23/25 | Prepare summary of August MOR information for discussion with Huron team. | 1.1 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/24/25 | Correspond with counsel regarding claim voting matters. | 0.4 |

17

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 4 | Cash, Liquidity, and Current Operations Analysis | John DiDonato | 09/24/25 | Final review of 9/24/25 UCC presentation. | 0.9 |
| 10 | Plan and Disclosure Statement | Robert Loh | 09/24/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.4 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/24/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.4 |
| 7 | Due Diligence and Discovery | John DiDonato | 09/24/25 | Participate on additional call with B. Whittman (A&M) regarding case status. | 0.5 |
| 7 | Due Diligence and Discovery | Jack Simpson | 09/24/25 | Prepare agenda for discussion with Debtors' FA. | 0.4 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/24/25 | Prepare analysis regarding claim voting amounts. | 2.6 |
| 7 | Due Diligence and Discovery | Holger Ericsson | 09/24/25 | Prepare for recurring call with A&M regarding DIP forecast, asset disposition/monetization, and open requested items by analyzing updated budget. | 2.4 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/24/25 | Review and comment on revised cash budget. | 0.7 |
| 7 | Due Diligence and Discovery | Mike Gluhanich | 09/24/25 | Review notes for meeting with A&M. | 0.2 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Robert Loh | 09/24/25 | Review updated A/R collection data. | 0.8 |
| 12 | Retention and Fee Application | Robert Loh | 09/24/25 | Review updates to August 2025 monthly fee statement. | 0.6 |
| 12 | Retention and Fee Application | Holger Ericsson | 09/24/25 | Revise Huron's August 2025 monthly fee statement per feedback from Akin Gump. | 1.3 |
| 7 | Due Diligence and Discovery | Jack Simpson | 09/24/25 | Revise waterfall scenario analysis to assist with discussion with Debtors' FA. | 2.1 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/25/25 | Correspond with Debtors' financial advisors regarding claim voting matters. | 0.3 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/25/25 | Correspond with UCC counsel regarding claim voting matters. | 0.6 |
| 9 | Meetings with Committee and Committee Counsel | Jack Simpson | 09/25/25 | Participate in call with counsel regarding analysis of claim voting matters. | 0.4 |
| 8 | General Bankruptcy Matters | Mike Gluhanich | 09/25/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/25/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 8 | General Bankruptcy Matters | Jack Simpson | 09/25/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 7 | Due Diligence and Discovery | Timothy Martin | 09/25/25 | Participate in recurring call with A&M regarding DIP forecast, asset disposition/monetization, and open requested items (partial). | 0.5 |
| 7 | Due Diligence and Discovery | Holger Ericsson | 09/25/25 | Participate in recurring call with A&M regarding DIP forecast, asset disposition/monetization, and open requested items. | 0.7 |
| 7 | Due Diligence and Discovery | Jack Simpson | 09/25/25 | Participate in recurring call with A&M regarding DIP forecast, asset disposition/monetization, and open requested items. | 0.7 |
| 7 | Due Diligence and Discovery | Holger Ericsson | 09/25/25 | Prepare for meeting with A&M to review the current DIP forecast. | 1.9 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/25/25 | Prepare revised analysis of claim matters. | 2.3 |
| 10 | Plan and Disclosure Statement | Robert Loh | 09/25/25 | Review and comment on document requests. | 0.3 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/25/25 | Review and comment on proposed claim structure proposal. | 1.9 |
| 8 | General Bankruptcy Matters | Robert Loh | 09/25/25 | Review monthly claims update received from Debtors' financial advisor. | 0.8 |
| 9 | Meetings with Committee and Committee Counsel | John DiDonato | 09/25/25 | Review summary of UCC update materials. | 0.5 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/25/25 | Revise analysis pertaining to voting matters. | 1.8 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/26/25 | Correspond with Committee member regarding case matters. | 0.3 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/26/25 | Draft correspondence to UCC counsel regarding voting matters. | 0.4 |
| 8 | General Bankruptcy Matters | Robert Loh | 09/26/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/26/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Mike Gluhanich | 09/26/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | John DiDonato | 09/26/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/26/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/26/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 13 | Sales Process | John DiDonato | 09/26/25 | Review of Miller Buckfire presentation regarding latest real estate proceeds. | 0.7 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/26/25 | Prepare agenda for discussion on asserted employee claim. | 0.7 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Timothy Martin | 09/26/25 | Review and comment on analysis of anticipated cash proceeds. | 0.9 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/26/25 | Review and comment on claim matters. | 1.3 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/26/25 | Prepare summary analysis regarding claim matters. | 1.8 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/26/25 | Prepare draft of UCC presentation. | 2.9 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/26/25 | Update analysis regarding claim matters. | 2.1 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/26/25 | Continue to prepare draft of UCC presentation. | 2.6 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/27/25 | Update agenda for claims discussion. | 0.7 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/27/25 | Review and comment on proposed claim structure proposal. | 1.4 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/28/25 | Additional review of Plan matters. | 0.9 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/28/25 | Draft of presentation to the UCC. | 3.1 |
| 8 | General Bankruptcy Matters | Timothy Martin | 09/29/25 | Analyze insurance matters. | 0.8 |
| 12 | Retention and Fee Application | Holger Ericsson | 09/29/25 | Finalize August 2025 monthly fee statement. | 0.5 |
| 12 | Retention and Fee Application | Holger Ericsson | 09/29/25 | Finalize July 2025 monthly fee statement. | 0.5 |

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 8 | General Bankruptcy Matters | Jack Simpson | 09/29/25 | Finalize proposed agenda for upcoming meeting regarding claim matters. | 1.3 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/29/25 | Internal discussion of prepetition litigation and follow up items. | 0.5 |
| 9 | Meetings with Committee and Committee Counsel | Jack Simpson | 09/29/25 | Participate in call with counsel to discuss litigation and case updates. | 0.4 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/29/25 | Participate in call with Debtors' advisors and committee member regarding asserted claims. | 0.6 |
| 9 | Meetings with Committee and Committee Counsel | John DiDonato | 09/29/25 | Participate in discussion with Counsel regarding prepetition litigation. | 0.5 |
| 8 | General Bankruptcy Matters | Robert Loh | 09/29/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/29/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Mike Gluhanich | 09/29/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | John DiDonato | 09/29/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/29/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/29/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 9 | Meetings with Committee and Committee Counsel | Robert Loh | 09/29/25 | Participate on weekly litigation call with counsel. | 0.3 |
| 9 | Meetings with Committee and Committee Counsel | Jamie Keys | 09/29/25 | Participate on weekly litigation call with counsel. | 0.3 |
| 9 | Meetings with Committee and Committee Counsel | Timothy Martin | 09/29/25 | Participate on weekly litigation call with counsel. | 0.3 |
| 10 | Plan and Disclosure Statement | John DiDonato | 09/29/25 | Prepare for discussion regarding prepetition litigation. | 0.5 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/29/25 | Prepare monthly claims summary per updated claims register provided by A&M. | 3.3 |

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 10 | Plan and Disclosure Statement | Jack Simpson | 09/29/25 | Prepare scenario analysis regarding illustrative proceeds. | 1.4 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/29/25 | Review and comment on draft liquidity materials for UCC presentation. | 2.7 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Timothy Martin | 09/29/25 | Review and comment on draft presentation to UCC. | 0.8 |
| 13 | Sales Process | Jack Simpson | 09/29/25 | Review and comment on remaining real asset matters. | 0.6 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/29/25 | Review and comment on updated cash budget. | 1.6 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Mike Gluhanich | 09/29/25 | Review and revise UCC update slides. | 0.3 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/29/25 | Review filed claims as compared to the claims register update. | 2.6 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/29/25 | Review of the latest claims register provided by A&M. | 2.4 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/29/25 | Revise the UCC presentation. | 2.9 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/29/25 | Continue to revise the UCC presentation. | 2.8 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/29/25 | Review current waterfall analysis. | 1.2 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/29/25 | Participate in working session with H. Ericsson (HCG) regarding changes to the updated claims register. | 1.1 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/29/25 | Participate in working session with J. Keys (HCG) regarding changes to the updated claims register. | 1.1 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Holger Ericsson | 09/30/25 | Finalize presentation to the UCC. | 3.0 |
| 7 | Due Diligence and Discovery | John DiDonato | 09/30/25 | Participate in discussion with B. Whittman (A&M) regarding case matters. | 0.5 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/30/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |

| Task Code | Task Code Description | Professional | Date | Description | Hours |
|---|---|---|---|---|---|
| 8 | General Bankruptcy Matters | Jamie Keys | 09/30/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Mike Gluhanich | 09/30/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | John DiDonato | 09/30/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Holger Ericsson | 09/30/25 | Participate in internal meeting to discuss workstreams and other litigation matters. | 0.5 |
| 8 | General Bankruptcy Matters | Robert Loh | 09/30/25 | Participate in internal meeting to discuss workstreams and other litigation matters. (partial). | 0.4 |
| 9 | Meetings with Committee and Committee Counsel | Jack Simpson | 09/30/25 | Participate in meeting with UCC Advisors. | 0.5 |
| 9 | Meetings with Committee and Committee Counsel | Mike Gluhanich | 09/30/25 | Participate in recurring call with UCC's local and BK counsel and investment bankers to discuss case status and workstream updates, and to coordinate work plans. | 0.5 |
| 9 | Meetings with Committee and Committee Counsel | John DiDonato | 09/30/25 | Participate on weekly UCC advisors call. | 0.5 |
| 9 | Meetings with Committee and Committee Counsel | Jamie Keys | 09/30/25 | Participate on weekly UCC advisors call. | 0.5 |
| 7 | Due Diligence and Discovery | Jack Simpson | 09/30/25 | Prepare agenda notes to assist with discussion with Debtors' financial advisor. | 0.6 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/30/25 | Prepare analysis relating to claim matters. | 1.6 |
| 8 | General Bankruptcy Matters | Jamie Keys | 09/30/25 | Prepare summary of newly filed claims for discussion with Huron team. | 2.6 |
| 10 | Plan and Disclosure Statement | Timothy Martin | 09/30/25 | Review and comment on analyses prepared in response to committee member request. | 0.7 |
| 10 | Plan and Disclosure Statement | Jack Simpson | 09/30/25 | Review and comment on liquidating trust agreement matters. | 1.1 |
| 8 | General Bankruptcy Matters | Jack Simpson | 09/30/25 | Review and comment on updated documentation on asserted insurance claims. | 1.3 |
| 4 | Cash, Liquidity, and Current Operations Analysis | Jack Simpson | 09/30/25 | Prepare update to liquidity report. | 1.9 |
|  |  |  |  | **TOTAL:** | **366.3** |